UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Allan Hardy,

        Plaintiff,

                                      ORDER ADOPTING
vs.                            REPORT AND RECOMMENDATION

Steven Wheeler, Judge,

        Defendant.             Civ. No. 07-2590 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.      That the Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied, as moot.

2.      That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii) and (iii).


DATED: July 9, 2007                        s/Michael J. Davis
At Minneapolis, Minnesota            Michael J. Davis, Judge
                                            United States District Court